No. 02–1450.   IN RE MCCASKILL; and

No. 02–9315.  IN RE MENDEZ.  Petitions for writs of mandamus denied.